IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA LYNN-ROSE MCKENNA, as next-of-kin of GEORGE ANTHONY ROSE, deceased, <br><br> Plaintiff, <br><br> v. <br><br> MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE and EZELL HOLDINGS, LLC. <br><br> Defendants. | Civil Action No. 3:13-cv-00322 <br><br> JURY DEMAND <br><br> JUDGE CAMPBELL |

## AGREED ORDER TO FURNISH MEDICAL RECORDS

Upon motion of counsel for defendant, the same being unobjected to by counsel for the Plaintiff, and the Plaintiff having waived any privilege and consented to records being disclosed, it is hereby ORDERED that all physicians, hospitals, health care providers, governmental agencies, employers, and insurers, having records or information concerning George Anthony Rose, shall furnish to the Defendant's attorney, Charles K. Grant, or his designate, all medical records and/or reports, histories obtained, operative notes, office notes, discharge notices, x-ray films, laboratory and/or x-ray reports of which the provider has possession.

IT IS FURTHER ORDERED that the reasonable expense of duplicating said records shall be paid by Attorney Charles K. Grant and that he shall promptly furnish a copy of all information so provided to Plaintiff's counsel at no expense to them within ten days of receiving the records.

IT IS FURTHER ORDERED that this Order shall expire 2 years after its entry, and shall be of no further force or effect.

IT IS FURTHER ORDERED that this Order does not allow any oral communications with Mr. Rose's treating physicians by Charles K. Grant, or anyone associated with the Law Firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, PC or anyone at their direction.

IT IS FURTHER ORDERED that any records obtained pursuant to this Order shall not be used outside of litigation or released to any third party not connected to the litigation by the Defendant, Defendant's counsel, or any third parties to whom the records were provided by Defendant or Defendant's counsel.

BY THE COURT:

_John Bryant, USMJ_
~~DISTRICT COURT~~ JUDGE